```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALLAN FRIEDMAN, et al.,          :    CIVIL ACTION
                                 :    NO. 08-4959
                                 :
          Plaintiffs,             :
                                 :
     v.                           :
                                 :
ANTHONY YULA, et al.,             :
                                 :
          Defendants.             :

## O R D E R

**AND NOW**, this **15th** day of **January, 2010,** it is hereby **ORDERED**, for the reasons stated in the accompanying memorandum, as follows:

1. Defendants' motions to dismiss and compel arbitration (doc. nos. 22, 25) are **GRANTED**;

2. Defendants' motions to stay and dismiss for lack of standing (doc. nos. 22, 25) are **DENIED.**

3. All claims having been dismissed, this case shall be marked **CLOSED.**

**AND IT IS SO ORDERED.**

                                s/Eduardo C. Robreno
                                **EDUARDO C. ROBRENO, J.**